IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-CV-02325-RPM

ANHAM FZCO, LLC,

    Plaintiff,

v.

EXELIS SYSTEMS CORPORATION,
f/k/a ITT SYSTEMS CORPORATION,

    Defendant.

_____

## ORDER FOR DISMISSAL OF CASE WITH PREJUDICE
_____

THE COURT, having reviewed the parties' Stipulation and Joint Motion for Dismissal of Claims with Prejudice and, being fully advised in the premises, hereby

ORDERS that **all** claims that plaintiff, ANHAM FZCO, LLC, asserted or could have asserted against defendant, Exelis Systems Corporation, in this action are dismissed, with prejudice; and

FURTHER ORDERS that each party to this action shall pay its own respective attorneys' fees and costs incurred in connection with this matter and with the settlement thereof.

SO ORDERED this 13th day of November, 2013.

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch
                Senior United States District Court Judge